JOSE RAFAEL PADILLA, PETITIONER–APPELLANT, v. CON-
CORD PLASTICS, INC., RESPONDENT-RESPONDENT.

Argued November 28, 1988—Decided December 29, 1988.

*George M. Boyd* argued the cause for appellant (*Albert W. Seaman*, attorney).

*Sheldon Schiffman* argued the cause for respondent (*Fred S. Brause, Jr.*, attorney).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 221 *N.J.Super.* 301 (1987).

*For affirmance*—Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN join in this opinion.

*Opposed*—None.